UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL PLAZA, JR.,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   No. 5:22-cv-04590<br>: |
| CASEY BRIELLE,<br>    Defendant. | :<br>: |

### O R D E R

**AND NOW,** this 10th day of May, 2023, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss, ECF No. 16, is **GRANTED**, and Plaintiff's deliberate indifference claim against Defendant is **DISMISSED without prejudice.**

2. Plaintiff may file an amended complaint **no later than June 9, 2023**.

3. Plaintiff is advised that failure to timely amend his Complaint may result in dismissal of the case without further notice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge